No. 851. New York Life Insurance Co. *v.* Bowers, Collector; and

No. 949. Bowers, Collector, *v.* New York Life Insurance Co. June 2, 1930. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. James H. McIntosh* for the New

York Life Insurance Company. *Solicitor General Thacher* and *Mr. Claude R. Branch* for Bowers.